## THEOPHILUS BEATTY vs. GRANT SCURRY.

Appeal from Jefferson Circuit Court. The facts of this case are similar to those of Beatty vs. Ross, decided at this Term.

BALTZELL, Justice :

The same questions arise and are presented in this cause as have been decided to-day in the case from the same court, between Beatty and Ross, and for reasons there stated, the judgment is affirmed.